IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS, AUSTIN

TROY DANIEL THOELE,
    Appellant-Plaintiff,

v.

GREG ABBOTT, et. al.,
    Appellees-Defendants.

§
§
§
§
§
§
§
§

COA No. 03-17-00458-CV

RECEIVED
JAN 04 2018
THIRD COURT OF APPEALS
JEFFREY D. KYLE

FILED
January 4, 2018
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME

COMES NOW, Troy Daniel Thoele, Appellant, pro se, and files this his first motion for extension of time to file his Appellant Brief. In support of this motion, Appellant would show the following:

### I.

The Reporter's Record in this cause was filed on December 16, 2017. Accordingly, Appellant's Brief is due on January 16, 2017, 30 days later. Plaintiff-Appellant requests the court extend this deadline for an additional 30 days for the following reasons:

1) This Honorable Court granted Appellant's motion for the record on appeal on December 21, 2017. The same day, the court sent the record. However, the record was delivered to Appellant by the Huntsville Unit on December 26, 2017, having already lost 10 days of the 30 day allotment.

2) Appellant is a pro se inmate litigant, untrained in law. While the State has a vast arsenal of resources at its disposal, Appellant does not. The State of Texas, through the Texas Department of Criminal Justice, makes the prison law library difficult to use, most notably lacking the electronic resources the Appellees

Page 1 of 2

have at their disposal.

Appellant has not previously requested an extension of time.

## Prayer for Relief

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays this Honorable Court grant a 30 day extension for filing the Appellant's Brief, with the new deadline being Febrary 16, 2017.

Respectfully submitted,

Troy Thoele,
Appellant-Plaintiff, pro se

## Inmate's Unsworn Declaration

"My name is Troy Daniel Thoele, my birthdate is August 22, 1971, and my inmate identification number, if any, is 1784662. I am presently incarcerated in the Huntsville Unit, City of Huntsville, Walker County, 77340.  I verify and declare under penalty of perjury that the foregoing is true and correct.

Executed this, the 2nd day of January, 2018.

_____ ."
Declarant

Troy Thoele #1784662
Huntsville Unit
815 12th Street
Huntsville, TX  77340

I hereby certify that a true and correct copy of Appellant's First Motion for Extension of Time was sent to:

Demitri Anastasiadis
Law Enforcement Defense Division
Texas Attorney General's Office
P. O. Box 12548
Austin, TX   78711

via U.S.P.S. First Class Mail, postage prepaid.

Executed this, the 2nd day of January, 2018.

Troy Thoele,
Appellant, pro se

Troy Thoele #1784662
Huntsville Unit
815 12th Street
Huntsville, TX   77340

Troy Thoele #1784662
Huntsville Unit
815 12th Street
Huntsville, TX   77340

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, TX   78711-2547



RECEIVED

JAN 0 4 2018

THIRD COURT OF APPEALS
JEFFREY D. KYLE

January 2, 2018

RE: Thoele v. Abbott, et. al., COA Number 03-17-00458-CV


Mr. Kyle:

Enclosed please find my first motion for extension of time, asking
the court to extend the January 16th deadline for my appeal to
February 16, 2018.  Please file and bring to the attention of
the Court.

Sincerely,

Troy Thoele


enclosures

Troy Thoele #1784662
Huntsville Unit
815 12th Street
Huntsville, TX  77340

LEGAL - CONFIDENTIAL

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P. O. Box 12547
Austin, TX  78711-2547

RECEIVED
JAN 04 2010
THIRD COURT OF APPEALS
JEFFREY D. KYLE

78711-254747